JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TELONIOUS LAMAR TAYLOR, | ) | No. SA CV 19-1989-GW (PLA) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JOSIE GASTELLO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the findings, conclusions, and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: August 10, 2020

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE